```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00304
   MARIO A ACOSTA
   MARIA R ACOSTA                             CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-9383     SSN XXX-XX-2813

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/08/08 and confirmed on 02/29/08.

    2.  The case was dismissed after confirmation, 08/08/2008.

    3.  The Debtor paid a total of $  10083.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORT      CURRENT MORTG     7557.15          .00          7557.15
WELLS FARGO HOME MORT      MORTGAGE ARRE         .00          .00              .00
HSBC MORTGAGE              SECURED           1521.80          .00          1521.80
HSBC MORTGAGE              MORTGAGE ARRE     3424.73          .00              .00
CITY OF WEST CHICAGO       SECURED            176.90          .00            44.23
ISPC                       SECURED           1500.00          .00           375.00
ASPIRE VISA                UNSECURED        NOT FILED         .00              .00
ASPIRE VISA                UNSECURED        NOT FILED         .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED        NOT FILED         .00              .00
FIA CARD SERVICES          UNSECURED        NOT FILED         .00              .00
FIA CARD SERVICES          UNSECURED        NOT FILED         .00              .00
BRYAN RUBACH MD            UNSECURED        NOT FILED         .00              .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00              .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00              .00
CARSON PIRIE SCOTT         UNSECURED        NOT FILED         .00              .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED         .00              .00
CENTRAL DUPAGE EMERG PHY   UNSECURED        NOT FILED         .00              .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED         .00              .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED         .00              .00
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED         .00              .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CENTRAL DUPAGE HOSPITAL    UNSECURED        NOT FILED         .00              .00
CHASE BANK USA             UNSECURED        NOT FILED         .00              .00
CHOI FAAP SOON JA          UNSECURED        NOT FILED         .00              .00
COMCAST                    UNSECURED        NOT FILED         .00              .00
COMED                      UNSECURED        NOT FILED         .00              .00
DUPAGE COUNTY STATES ATT   UNSECURED        NOT FILED         .00              .00
DUPAGE MEDICAL GROUP       UNSECURED        NOT FILED         .00              .00
```

```
DUPAGE MEDICAL GROUP          UNSECURED       NOT FILED              .00              .00
FIRST PREMIER BANK            UNSECURED       NOT FILED              .00              .00
GAP                           UNSECURED       NOT FILED              .00              .00
HOLA TELEFONICA               UNSECURED       NOT FILED              .00              .00
HSBC                          UNSECURED       NOT FILED              .00              .00
JC PENNEY CO                  UNSECURED       NOT FILED              .00              .00
JOHN M YANCEY                 UNSECURED       NOT FILED              .00              .00
LANE BRYANT                   UNSECURED       NOT FILED              .00              .00
MENARDS/HRS                   UNSECURED       NOT FILED              .00              .00
NEW YORK & CO                 UNSECURED       NOT FILED              .00              .00
NICOR GAS                     UNSECURED       NOT FILED              .00              .00
SEARS BKRUPTCY RCVRY MGM      UNSECURED       NOT FILED              .00              .00
SEARS BKRUPTCY RCVRY MGM      UNSECURED       NOT FILED              .00              .00
TARGET                        UNSECURED       NOT FILED              .00              .00
US CELLULAR                   UNSECURED       NOT FILED              .00              .00
WASHINGTON MUTUAL CARD S      UNSECURED       NOT FILED              .00              .00
WINFIELD LABORATORY CONS      UNSECURED       NOT FILED              .00              .00
ISPC                          UNSECURED         2592.03              .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED       PRIORITY     UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   14180.58        .00       2592.03          .00        16772.61
PRINCIPAL PAID        9498.18        .00           .00          .00         9498.18
INTEREST PAID             .00        .00           .00          .00              .00
TOTAL PAID            9498.18        .00           .00          .00         9498.18
```

The Debtor's attorney, TIMOTHY K LIOU                         , was allowed $           .00
and was paid $         .00 .

The Trustee received $     584.82 .

Refunds to the Debtor totaled $         .00 .


        Dated: 11/13/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                            PAGE   3
     CASE NO. 08 B 00304 MARIO A ACOSTA & MARIA R ACOSTA
```